DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## GOLD v. PRICE

No. 50 PC.

Case below: 24 N.C. App. 660.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

## HARDY v. TOLER

No. 51 PC.

Case below: 24 N.C. App. 625.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 May 1975.

## IN RE MOORE

No. 67 PC.

Case below: 25 N.C. App. 36.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

## KALE v. KALE

No. 78 PC.

Case below: 25 N.C. App. 99.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

## KING v. ALLEN

No. 75 PC.

Case below: 25 N.C. App. 90.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.